# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130030(38)

CAROL KRUSCHKE,
      Plaintiff-Appellee,

v

JAMES R. LOVELL, M.D., and JAMES R.
LOVELL, M.D., P.C.,
      Defendants-Appellants,
and

MARQUETTE GENERAL HOSPITAL,
      Defendant.
_____

SC: 130030
COA: 259601
Marquette CC: 03-040879-NH

On order of the Chief Justice, the motions for adjournment of the oral argument and for immediate consideration are considered. Immediate consideration is GRANTED. The motion for adjournment of the oral argument is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2006

_____
Clerk